FILED
OCT 28 2015
Clerk, U S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANGIE LEE GRANDCHAMP, Defendant. | CR 11-102-GF-BMM  ORDER |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his amended findings and recommendations on October 13, 2015. Defendant admitted she had violated Standard Condition 9 of her supervised release by associating with a known felon, and she had violated Standard Condition 3 of her supervised release by failing to answer truthfully all inquiries by her probation officer. Judge Johnston found the admissions sufficient to establish the supervised release violations. He recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a term of imprisonment of five months, with 33 months of supervised release to follow. He also recommended that Defendant self-report to the United States Marshals Office by 11:00 a.m. on December 11, 2015.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings. Defendant admitted she had violated Standard Conditions 3 and 9. Defendant could be incarcerated for up to 36 months, followed by 38 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of three to nine months. A sentence of five months in custody, followed by 33 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Amended Findings and Recommendations (Doc. 95-1) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 28th day of October, 2015.

Brian Morris
United States District Court Judge